

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-21-00358-CV

**IN RE** Pedro D. **LOPEZ**, as Next Friend of P.L.L., R.L., M.A.L., and M.L., Minors, Relator

Original Mandamus Proceeding[1]

**ORDER**

On August 25, 2021, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 8, 2021.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021-CVK-001546-D3, styled *Pedro D. Lopez, as Next Friend of P.L.L., R.L., M.A.L., and M.L., Minors*, pending in the 341st Judicial District Court, Webb County, Texas. The Honorable Beckie Palomo signed the order at issue in this original proceeding.